UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

*********************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 07-30024 |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATION |
| | * | FOR DISPOSITION OF DEFENDANT'S |
| WILLIAM WAYNE ZIEGLER, SR., | * | MOTION TO SUPPRESS STATEMENTS |
| Defendant. | * | |

*********************************************************************************

Defendant, William Wayn Ziegler, Sr. has filed a Motion to Suppress Statements, Docket No. 29. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. See 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the October 24, 2007 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be granted in part and denied in part. The Motion should be granted to the extent that it seeks to suppress or prohibit the Government from offering any evidence or statements made by Defendant on November 29, 2005, and/or January 6, 2006 that refer or relate to the taking of a polygraph examination and his likely performance on the same. In all other respects, the Motion should be denied.

FILED
OCT 24 2007

Dated this 24th day of October, 2007, at Pierre, South Dakota.

**BY THE COURT:**

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
                    Deputy
(SEAL)

## NOTICE

Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. See 28 U.S.C. § 636(b)(1).